# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **CARITINO MUJICA-VARGAS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:16-CV-00141-RLV |
| | ) | 5:11CR53-1-RLV |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2016, Order.

Signed: September 7, 2016

*[Signature]*

Frank G. Johns, Clerk
United States District Court